**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLOS BOWEN

    Plaintiff,

  v.

SUPPORT.COM, INC., JOSHUA E. SCHECHTER, LANCE ROSENZWEIG, RICK BLOOM, BRIAN KELLEY, and BRADLEY L. RADOFF

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:21-cv-04797-LJL

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants Support.com, Inc., Joshua E. Schechter, Lance Rosenzweig, Rick Bloom, Brian Kelley, and Bradley L. Radoff. I certify that I am admitted to practice in this court.

Dated: New York, New York
   September 3, 2021

              Respectfully submitted,

              PILLSBURY WINTHROP SHAW PITTMAN LLP

              /s/ Ari M. Berman
              Ari M. Berman
              31 West 52nd Street
              New York, NY 10019
              T.: (212) 858-1000
              F.: (212) 858-1500
              Email: ari.berman@pillsburylaw.com

              *Attorneys for Defendants Support.com, Inc., Joshua E. Schechter, Lance Rosenzweig, Rick Bloom, Brian Kelley, and Bradley L. Radoff*