

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Ari M. Berman
tel: +1.212.858.1264
ari.berman@pillsburylaw.com

September 3, 2021

**Via ECF**

Hon. Lewis J. Liman
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: *Bowen v. Support.com, Inc., Joshua E. Schechter, Lance Rosenzweig, Rick Bloom, Brian Kelley, and Bradley L. Radoff*, Case No. 1:21-cv-04797-LJL – Request for Extension of Deadline to Respond to Complaint

Dear Judge Liman,

I am counsel for defendants Support.com, Inc., Joshua E. Schechter, Lance Rosenzweig, Rick Bloom, Brian Kelley, and Bradley L. Radoff ("Support") in the above-referenced case. Pursuant to Rule 1.C. of Your Honor's Individual Practices in Civil Cases, Support respectfully submits this letter-motion to request an extension of its deadline to respond to the complaint in this action.

The information required by Rule 1.C. is the following:

(1) The original deadline for a response to the complaint is September 7, 2021. Support seeks to extend that deadline by three weeks, to September 28, 2021.

(2) There have been no previous requests for adjournment or extensions of time with respect to Support's response to the complaint.

(3) Since there have been no previous requests, no such requests have been granted or denied.

(4) Counsel for plaintiff has consented to this request.

www.pillsburylaw.com

September 3, 2021
Page 2

    (5) The date of the parties' next scheduled appearance before the Court is October 4, 2021, at 2:00pm Eastern Time.

Thank you for your consideration.

Sincerely,

*/s/ Ari Berman*
Ari Berman
Pillsbury Winthrop Shaw Pittman LLP

cc:    Juan Monteverde (via ECF)